UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.                                                        Case No. 3:22-cv-601-MMH-LLL

OFFICR W. LAPIERRIE, et al.,

    Defendant.

## ORDER

Mario Godhigh, an inmate of the Florida penal system, initiated this action by filing a pro se Petition for Writ of Mandamus (Petition; Doc. 1)[1] with an exhibit (Doc. 1-1). Godhigh requests that the Court issue a writ of mandamus against Ricky Dixon, Secretary of the Florida Department of Corrections (FDOC), Officer W. Lapierrie, and Sergeant S. Saint. Petition at 2. He contends Dixon is responsible for ensuring all FDOC employees execute their duties. Id. Godhigh contends Officer Lapierrie and Sergeant Saint retaliated against him when they lied and told the property officer that Godhigh had "something" on his music tablet. Doc. 1-1 at 1. The property officer then confiscated his tablet. Id.

---

[1] For all pleadings and documents filed in this case, the Court cites to the document and page numbers as assigned by the Court's Electronic Case Filing System.

A federal court may issue a mandamus order "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. The Court lacks jurisdiction to entertain Godhigh's Petition because neither the Secretary of the FDOC, nor his employees, are officers or employees of the United States. See, e.g., Lamar v. 118th Judicial Dist. Court of Tex., 440 F.2d 383, 384 (5th Cir. 1971) ("[F]ederal courts have no general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties."); Lawrence v. Miami-Dade Cnty. State Att'y Office, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief [petitioner] sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition.") Accordingly, Godhigh's Petition shall be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.  Godhigh's Petition for Writ of Mandamus (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

2.  The Clerk shall enter judgment dismissing this case without prejudice, terminating any pending motions, and closing the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

Jax-9
C:   Mario Godhigh, #M28779

3